IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK GALLARDO,

      Plaintiff,                     No. CIV S-10-1263 KJN (TEMP) P

    vs.

M. CATE, et al.,

      Defendants.           ORDER

_____/

      In accordance with the "referral notice" filed in this action on May 18, 2011, by the Clerk of the Ninth Circuit Court of Appeals, the court finds that plaintiff's appeal of the May 6, 2011 dismissal of this action is taken in good faith.

DATED: May 19, 2011

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

badu2313.gf